JOHN F. CREAMER and BANKERS TRUST COMPANY, as Executors, etc., of THOMAS J. WETZEL, Deceased, Respondents, v. WILLIAM T. WELDEN, Appellant.— Appeal from a summary judgment in a mortgage foreclosure. The answer was frivolous and properly stricken from the record. Letters by the defendant, and his admissions, and his dominion over the property, indicate that a summary judgment

was proper. Order and judgment unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.